IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROME TARIK ALI,

    Plaintiff,

    v.

CHRISTINE TAYLOR,

    Defendant.

Case No. 21-cv-286-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

/s/  
Peter Oppeneer, Clerk of Court

April 22, 2022  
Date