IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROME TARIK ALI,

               Plaintiff,               OPINION AND ORDER

v.

                                     21-cv-286-wmc

CHRISTINE TAYLOR,

               Defendant.

---

On April 20, 2022, the court denied plaintiff Rome Tarik Ali leave to proceed on a claim that defendant, a state court judge, lacked jurisdiction over Ali in an ongoing criminal matter and dismissed this lawsuit.[1]  (Dkt. #13.)  Ali now asks the court to reconsider its finding that defendant is immune from suit, but the court will deny the motion.  (Dkt. #15.)

To prevail on a motion for reconsideration, the movant must establish "a manifest error of law or fact or present newly discovered evidence."  *Vesely v. Armslist LLC*, 762 F.3d 661, 666 (7th Cir. 2014) (quoting *Boyd v. Tornier, Inc.*, 656 F.3d 487, 492 (7th Cir. 2011)).  A motion to reconsider "is not an appropriate forum for rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion."  *Caisse Nationale de Credit Agricole v. CBI Indus., Inc.*, 90 F.3d 1264, 1269-70 (7th Cir. 1996).  Here, plaintiff restates sovereign citizen theories and beliefs, including that defendant, like "all members of the Bar Association," is "in flagrant breach of trust" "[a]ccording to civil order July 4th 2014" and can therefore be sued.  (Dkt. #15 at 1.)  But

---

[1] According to public docket information available online via Wisconsin's Circuit Court Access Program for Dane County Case No. 2019CM458, defendant remains the presiding judge over a criminal case still proceeding against Ali in Dane County Circuit Court.

as the court explained in its leave to proceed order, such beliefs, "sincerely held or not, [are] not a valid basis for avoiding state or federal jurisdiction," or otherwise form a basis for finding that defendant is acting outside of her judicial capacity. *Williams El v. City of Sheboygan*, No. 18-cv-293-jps, 2018 WL 2416582, at * 2-3 (E.D. Wis. May 29, 2018). Plaintiff has therefore failed to establish a basis for the court to reconsider its conclusion that defendant is entitled to absolute judicial immunity for her actions taken in her capacity as a judge, and this lawsuit will remain closed.

ORDER

IT IS ORDERED that plaintiff Rome Tarik Ali's motion for reconsideration (dkt. #15) is DENIED.

Entered this 25th day of May, 2022.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge